IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed without prejudice.
> DATED: Oct 17, 2025
> /s/ RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Stephanie Dunbar

Civil Case #: 1:21-cv-6357-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Stephanie Dunbar, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all defendants, in this particular Civil Action filed on January 18, 2021.

Date: August 22, 2025.

        Respectfully submitted,

        **TAUTFEST BOND, PLLC**
        /s/ Monte Bond
        Monte Bond, (TX Bar 02585625)
        5473 Blair Rd, Suite 2000 Dallas, TX 75231
        Telephone: (214) 617-9980
        Facsimile: (214) 853-4281
        mbond@tbtorts.com
        *Attorneys for Plaintiff*